No. 15-25-00034-CV

ACCEPTED
15-25-00034-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/24/2025 4:12 PM
CHRISTOPHER A. PRINE
CLERK

**In the Fifteenth Court of Appeals**
**Austin, Texas**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/24/2025 4:12:41 PM
CHRISTOPHER A. PRINE
Clerk

**The State of Texas**
**Appellant,**
**v.**
**Xerox Corporation, et al, Settlement Proceeds**
**Appellees.**

**On Appeal from the 459th Judicial District Court, Travis County**

**NOTICE OF APPEARANCE OF LEAD COUNSEL**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

In accordance with Texas Rule of Appellate Procedure 6.1(c), Appellant the State of Texas notifies the Court that Deputy Attorney General for Civil Litigation Austin Kinghorn, State Bar No. 24072184, will serve as lead counsel in this case. Appellant respectfully requests that the following information be added to the Court's records:

Austin Kinghorn
Texas Bar No. 24072184
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, TX 78701
Phone: (512) 936-1180
Fax.: (512) 474-2697
austin.kinghorn@oag.texas.gov

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548, MC 056-1
Austin, Texas 78711-2548
Phone: (512) 750-4880
Fax: (512) 499-0712

*/s/ Austin Kinghorn*
**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation
Texas State Bar No. 24072184
Phone: (512) 936-1180
Austin.Kinghorn@oag.texas.gov

**AMY SNOW HILTON**
Chief
Healthcare Program Enforcement Division

**BRIAN VANDERZANDEN**
Assistant Attorney General
Healthcare Program Enforcement Division

**COUNSEL FOR APPELLANT**
**STATE OF TEXAS**

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the foregoing Notice of Appearance of Lead Counsel has been served via e-file on September 24, 2025, to:

Charles S. Siegel
Caitlyn Silhan
Waters & Kraus, LLP
3141 Hood Street, Suite 700
Dallas, Texas 75219
csiegel@waterskraus.com
csilhan@waterskraus.com

James Moriarty
Law Offices of James R. Moriarty 4119
Montrose Blvd., Suite 250
Houston, Texas 7700
jim@moriarty.com

James "Rusty" Tucker
Law Offices of James R. Tucker, P.C.
3100 Drexel Drive
Dallas, Texas 75205
rusty@rustytuckerlaw.com

**COUNSEL FOR APPELLEES**

*/s/ Austin Kinghorn*
**AUSTIN KINGHORN**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Austin Kinghorn on behalf of Austin Kinghorn
Bar No. 24072184
austin.kinghorn@oag.texas.gov
Envelope ID: 106041121
Filing Code Description: Other Document
Filing Description: 20250924_Appellants Notice of Appearance Lead Counsel
Status as of 9/24/2025 4:33 PM CST

Associated Case Party: Christine Ellis

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Caitlyn Silhan | 24072879 | csilhan@waterskraus.com | 9/24/2025 4:12:41 PM | SENT |
| James Moriarty | 14459000 | jim@moriarty.com | 9/24/2025 4:12:41 PM | SENT |
| Charles S.Siegel | | csiegel@waterskraus.com | 9/24/2025 4:12:41 PM | SENT |

Associated Case Party: Alexandra Alvarez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| James Tucker | 20272020 | rusty@rustytuckerlaw.com | 9/24/2025 4:12:41 PM | SENT |

Associated Case Party: Joshua LaFountain

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| James Tucker | 20272020 | rusty@rustytuckerlaw.com | 9/24/2025 4:12:41 PM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brian Vanderzanden | | brian.vanderzanden@oag.texas.gov | 9/24/2025 4:12:41 PM | SENT |
| Jonathan Rohde | | jonathan.rohde@oag.texas.gov | 9/24/2025 4:12:41 PM | SENT |
| Brittany Peters | | Brittany.Peters@oag.texas.gov | 9/24/2025 4:12:41 PM | SENT |
| Lynette Karch-Schroder | | lynette.karch-schroder@oag.texas.gov | 9/24/2025 4:12:41 PM | SENT |